UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Benjamin Jones-Norman                                                  Case No. 11-45314

Debtor.

NOTICE OF CHANGE OF ADDRESS OF DEBTORS

**TO:**   U.S. Bankruptcy Court Clerk of Court.

Please be advised that the Debtor in the above entitled matter has changed his address. The debtor now resides at:  688 S Berendo St, Apt 502, Los Angeles, CA 90005.

LANNERS & OLSON, P.A.
ATTORNEYS AT LAW

Dated:5/20/2014                          /e/ David C. Olson
                                         David C. Olson, #169055
                                         Attorney for Debtor
                                         12805 Highway 55, Suite 102
                                         Plymouth, MN  55441
                                         (763) 550-9892